**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **California Institute for Medical Research, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |   **94-6109289** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2260 CLOVE DRIVE** <br> **San Jose, CA 95128** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Clara** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.cimr.org** |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

■ Other. Specify:    **503(c)3**

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‒‒‒‒

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 2 of 66

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other  **Hazardous research reagents stored in secured, yellow, flammable cabinet**

**Where is the property?**   **2260 Clove Drive**
**San Jose, CA, 95128-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.  Insurance agency   **Woodruff-Sawyer & Co.**

Contact name _____

Phone   **415-391-2141**

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 14, 2023**
             MM / DD / YYYY

**X** **/s/ DAVID A STEVENS, MD**                              **DAVID A STEVENS, MD**
  Signature of authorized representative of debtor           Printed name

Title     **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Kathryn S. Diemer**                         Date  **December 14, 2023**
  Signature of attorney for debtor                              MM / DD / YYYY

**Kathryn S. Diemer**
Printed name

**DIEMER & WEI, LLP**
Firm name

**55 S. Market Street**
**Suite 1420**
**San Jose, CA 95113**
Number, Street, City, State & ZIP Code

Contact phone   **408-971-6270**      Email address   **kdiemer@diemerwei.com**

**133977 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **California Institute for Medical Research, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>**December 14, 2023**</u>    *X* <u>**/s/ DAVID A STEVENS, MD**</u>
                                           Signature of individual signing on behalf of debtor

                                           **DAVID A STEVENS, MD**
                                           Printed name

                                           **Chief Executive Officer**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **California Institute for Medical Research, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ 43,949.40

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ 43,949.40

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ +$ 27,649.93

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b
   $ 27,649.93

Debtor name    **California Institute for Medical Research, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Unused Principal Investigator funds -return to Grantors** | **0877** | **$21,573.18** |
| 3.2. | **Silicon Valley Bank** | **Business Checking Account** | **0885** | **$9,340.74** |
| 3.3. | **Silicon Valley Bank** | **Business Money Market** | **0893** | **$2,885.48** |
| 3.4. | **Alba Joyce Martini Endowment - must transfer to another 503c3 company doing medical research** | | | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | **$33,799.40** |

**Part 2:          Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 8 of 66

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Assorted desks, chairs, cabinets** | **$0.00** | | **$150.00** |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **RESEARCH EQUIPMENT** | **Unknown** | **N/A** | **$10,000.00** |
| **Centrifuge** **Culture shaker** **Incubator smaller no CO2** **Fluorescence microsc.** **GelDoc** **Freezer -20C** **BSL2 hood old** **Table top centrifuge** **Speedvac with pump** | | | |

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 9 of 66

**Freezer -20C**
**Table top centrifuge small**
**Animal changing station**
**Isoflurane/oxygen anesthesia station**
**Chambers for anesthesia**
**Tank holder**
**Tank storage for 6 tanks, green**
**Heat lamp with foot**
**Shaving station with containment vacuum and**
**HEPA filter**
**iVAC clipper kits**
**Injection machine**
**Caliper in box**
**Electric warming blankets**
**Electric balance**
**Rabbit caging system A**
**Rabbit caging system B**
**Ice machine**

**Fume hood 4 ft.**
**Fume hood small**
**Flammables cabinets**

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$10,150.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 10 of 66

| 55.1. | **2260 Clove Drive, San Jose, CA 95128 - Debtor owns building only which is on land leased from Santa Clara County.** | **Building becomes property of County upon termination of lease.** | **$226,834.00** | **Tax records** | **Unknown** |

**56.**  **Total of Part 9.**                                                      $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 11 of 66

Debtor  **California Institute for Medical Research, Inc.**  Case number *(If known)* _____
            Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,799.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $43,949.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $43,949.40 |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Debtor name **California Institute for Medical Research, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **California Department of Tax & Fee Admin** <br> **Account Information Group, MIC 29** <br> **PO Box 942879** <br> **Sacramento, CA 94279-0029** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **Employment Development Department** <br> **State of California** <br> **Bankruptcy Unit - MIC 92E** <br> **PO Box 826880** <br> **Sacramento, CA 94280** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes |  |  |

Debtor    **California Institute for Medical Research, Inc.**      Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development Department**

**Bankruptcy Unit - MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development Department**
**Attn: Mic 53**
**800 Capitol Mall**
**Sacramento, CA 95814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.89 |
|---|---|---|---|

**Airgas USA, LLC.**
**Attn: Officer**
**POB 102289**
**Pasadena, CA 91189-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred \_

Basis for the claim: \_

Last 4 digits of account number \_

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ALBERT LIN**
**1568 ARDENWOOD DRIVE**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred \_

Basis for the claim: **Notice only - Principal Investigator**

Last 4 digits of account number \_

Is the claim subject to offset? ■ No   ☐ Yes

---

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 15 of 66

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AQUALINE PIPING, INC.**
Attn: Officer
**2108 BERING DR**
Ste. C
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AU TERRE. Inc.**
Attn: Officer
**2010 El Camino Real**
Ste. 868
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AXCELERATE NETWORKS, INC.**
Attn. Officer
**490 N. FIRST STREET**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bay Area Green Team**
Attn: Officer
**1315 Channing Way**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CALIFORNIA CHAMBER OF COMMERCE**
Attn : Officer
**POB 888336**
**Sacramento, CA 95812-1736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Canon Financial Services, Inc.**
Attn: Officer
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CERTIFIED BALANCE & LAB SERVICES**
Attn.: Officer
**P.O. BOX 28274**
**San Jose, CA 95159-8274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 16 of 66

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CFS FIRE PROTECTION**
**Attn: Officer**
**POB 638**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARLES RIVER LABORATORIES, INC.**
**Attn: Officer**
**251 Ballardvale Street**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHRIS ELLIOTT**
**165 TOWN SQUARE DRIVE**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Christine Giusiana**
**9462 Eagle  Hills Way**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of San Jose - Fire Department**
**Bureau of Fire Prevention Dept 34347**
**Attn: Officer**
**200 E. Santa Clara St.**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CNA INSURANCE SERVICES, INC.**
**Attn: Officer**
**PO BOX 74007619**
**Chicago, IL 60674-7619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.99** |
|---|---|---|---|

**Comerica Bank**
**COMERICA CARDMEMBER SERVICE**
**Attn: Officer**
**POB 79048**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 17 of 66

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CONSOLIDATED PLUMBING INC**
Attn:  Jane McKinna
**3732 D CHARTER PARK DRIVE**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**COUNTY OF SANTA CLARA**
 **ENVIROMENTAL HEALTH DEPARTMENT**
**1555 BERGER DRIVE SUITE 300**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**COUNTY OF SANTA CLARA DEPT. OF TAX**
**70 WEST HEDDING STREET**
**EAST WING, 6TH FLOOR**
**San Jose, CA 95110-1767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DAVCO WATERPROOFING SERVICES, INC.**
Attn: Officer
**260 CRISTICH LANE**
**STE B**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DEPARTMENT OF INDUSTRIAL RELATIONS**
**PAYMENT PROCESSING CENTER**
**PO BOX 511232**
**Los Angeles, CA 90051-3030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dr. C. Garrison Fathman c/o IL-2Rx**
**CIMR**
**2260 Clove Drive**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dr. Dongli Song**
**c/o Santa Clara Valley Medical Center**
**751 S. Bascom Ave.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 18 of 66

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

DUERR HEATING AND AIR, INC.
ATTN: OFFICER
8380 CHURCH ST.
SUITE G
GILROY, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,013.35 |
|---|---|---|---|

ELECTRO-MOTION, INC.
ATTN: OFFICER
4949-B THORNTON AVENUE
FREMONT, CA 94536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Envigo RMS, Inc
Attn: Officer
8520 Allison Pointe Blvd.
Ste. 400
Indianapolis, IN 46250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

EVOQUA WATER TECHNOLOGIES
Attn: Officer
28563 Network Place.
Chicago, IL 60673-1285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,013.35 |
|---|---|---|---|

FINANCIAL ADMINISTRATIVE SUPPORT
SERVICE
ATTN: Ashley Cobb
1631 WILLOW STREET
SUITE 200
SAN JOSE, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

FIRST INSURANCE FUNDING
ATTN: OFFICER
450 SKOKIE BLVD
STE 1000
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fisher Scientific**
**Attn: Officer**
**13551 Collections Ctr. Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gabriele Sass**
**2244 Central Park Drive**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.22** |
|---|---|---|---|

**GREEN TEAM OF SAN JOSE**
**Attn: Manager or Officer**
**POB 7428**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,220.00** |
|---|---|---|---|

**HICKS PENSION SERVICES**
**Attn: Officer or Manager**
**3459 W. SHAW AVENUE**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HYPERLINKED WEB SERVICES**
**Attn:  Sheldon Chang**
**1083 HAZEL AVE.**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Iron Mountain Secure Shredding, Inc.**
**Attn: Officer**
**85 New Hampshire Ave.**
**Ste. 150**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.26** |
|---|---|---|---|

**JOHNSON CONTROLS SECURITY**
**SOLUTIONS**
**Attn: Officer Heather Brown**
**6600 Congress Avenue**
**Boca Raton, FL 33400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 20 of 66

| Debtor | **California Institute for Medical Research, Inc.** | Case number (if known) | |
| | Name | | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Julie Stevens**
**19070 Portos Drive**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KAISER FOUNDATION HEALTH PLAN, INC.**
**Attn: Officer**
**PO BOX 741562**
**Los Angeles, CA 90074-1562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Labula L. Crittle**
**3422 Joann Avenue**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LUCILA RONIDISSONE**
**16220 GREENWOOD LANE**
**Monte Sereno, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marife C. Martinez**
**256 Russo Commons**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Metropolitan Life Insurance Company**
**Attn: Officer**
**PO Box 804466**
**Kansas City, MO 64180-4466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**MIGUEL BERNAL**
**3211 GOLF DRIVE**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 21 of 66

| | |
|---|---|
| 3.44 | |

**Nonpriority creditor's name and mailing address**
**MJR ELECTRIC INC**
Attn: Michael John Rauschnot
PO BOX 668
Morgan Hill, CA 95038

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.45 | |

**Nonpriority creditor's name and mailing address**
**NOR-CAL FIRE PROTECTION LLC**
Attn: Officer
16840 Joleen Way, Bldg. A
Morgan Hill, CA 95037

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **$425.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.46 | |

**Nonpriority creditor's name and mailing address**
**PACIFIC ENGINEERING & CONSULTING**
Attn: Officer
1788 N HELM AVE SUITE 112
Fresno, CA 93727

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.47 | |

**Nonpriority creditor's name and mailing address**
**PACIFIC WEST SECURITY, INC.**
Attn: Officer
1587 SCHALLENBERGER RD
San Jose, CA 95131-1000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **$441.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.48 | |

**Nonpriority creditor's name and mailing address**
**PG&E**
Attn: Officer
300 Lakeside Dr.
Oakland, CA 94612

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **$5,706.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.49 | |

**Nonpriority creditor's name and mailing address**
**QUENCH**
Attn: Officer
4041 SOQUEL DR A210
Soquel, CA 95073

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **$92.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.50 | |

**Nonpriority creditor's name and mailing address**
**R.N. PEARMAN LANDSCAPE MANAGEMENT, INC.**
ATTN: OFFICER
9925 LANTZ DR
Morgan Hill, CA 95037

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **$455.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 22 of 66

| Debtor | California Institute for Medical Research, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

REACO HEATING & AIR CONDITIONING,
INC.
ATTN: OFFICER
8475 FOREST STREET
STE. 125
GILROY, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Rosemary Broome, DVM
407 Skyline Blvd.
La Honda, CA 94020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SAN JOSE FIRE DEPARTMENT
BUREAU OF FIRE PREVENTION DEPT
#34347
PO BOX 39000
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SCHWENK LOCK & SAFE CO.
Attn: Officer/Owner
60 N. WINCHESTER BLVD #4
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sonitrol/Pacific West Security, Inc
Attn: Officer
1587 Schallenberger Road
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,420.00**

STAR ELEVATOR, INC
Attn: Officer
601 HARBOR BLVD
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Stephen McKenna
751 South Bascom Avenue
San Jose, CA 95128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only - Principal Investigator**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 23 of 66

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.22** |
|---|---|---|---|

**STERICYCLE, INC.**
**ATTN: OFFICER**
**PO Box 6578**
**Carol Stream, IL 60197-6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STERIS CORPORATION**
**ATTN: OFFICER**
**5960 HEISLEY ROAD**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STOREK, CARLSON & STRUTZ LLP**
Attn: Manager
**900 EAST HAMILTON AVE  SUITE 450**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STRONGHOLD ENGINEERING**
Attn: Officer
**150 W WALNUT AVE**
**Perris, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Foley**
**195 Blosson Hill Road, Unit 149**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TECHNICAL SAFETY SERVICES, LLC**
Attn: Officer/Manager
**Dept. CH 17717**
**Palatine, IL 60055-7717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TECHSMART AIR CONDITIONING, INC.**
Attn: Officer
**305 Vineyard Town Ctr. # 301**
**Morgan Hill, CA 95037-2840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 24 of 66

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,791.86** |

**TPx Communications**
**Attn: Officer/Manager**
**PO Box 509013**
**San Diego, CA 92150-9013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**TRAVELERS**
**Attn: Officer**
**CL REMITTANCE CENTER**
**PO BOX 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**UNUM LIFE INSURANCE COMPANY OF**
**AMERICA**
**Attn: Officer**
**1 Fountain Square, E7N200**
**Chattanooga, TN 37402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**VAN DER VEEN CONSTRUCTION**
**Attn: Owner/Manager**
**85 ACORN COURT**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**WESTERN EXTERMINATOR COMPANY**
**Attn: Officer/Manager**
**PO BOX 740608**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**WOODRUFF SAWYER CO.**
**Attn: Owner/Officer**
**PO BOX 45057**
**San Francisco, CA 94145-9950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 25 of 66

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **CSC - LAWYERS INCORPORATING SERVICE**<br>**ASOP for Envigo RMS, Inc.**<br>**2710 Gateway Oaks Dr.**<br>**Sacramento, CA 95833** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| **4.2**   **Lawyers Incorporating Service**<br>**ASOP for Unum Life Insur. Co. of America**<br>**2710 Gateway Oaks Dr.**<br>**Ste. 150N**<br>**Sacramento, CA 95833** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| **4.3**   **Airgas USA, LLC**<br>**Attn: Officer**<br>**259 Radnor-Chester Road**<br>**Ste. 100**<br>**Wayne, PA 19087** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| **4.4**   **Amy Chan**<br>**ASOP for Financial Admin Support Service**<br>**3180 Newberry Drive**<br>**Ste. 200**<br>**San Jose, CA 95118** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| **4.5**   **ANDREW C WOOD**<br>**ASOP FOR DAVCO WATERPROOFING SERVICES**<br>**260 CRISTICH LANE**<br>**Campbell, CA 95008** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| **4.6**   **Andrew Chang**<br>**ASOP for Standard Business Solutions**<br>**87 80 Valley Blvd.**<br>**Ste. E**<br>**Rosemead, CA 91770** | Line _<br><br>☐ Not listed. Explain ____ | _ |
| **4.7**   **ARLENE BUELA**<br>**ASoP for CNA Insurance Services, Inc.**<br>**26910 SIERRA HWY. D8-275**<br>**Santa Clarita, CA 91321** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| **4.8**   **California Chamber of Commerce**<br>**Attn: Officer Jennifer Barrera**<br>**PO BOX 1736**<br>**Sacramento, CA 95812** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| **4.9**   **California Department of Tax**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| **4.10**   **Carl Bolster**<br>**ASOP for Bay Area Geen Team**<br>**1315 Channing Way**<br>**Berkeley, CA 94702** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| **4.11**   **CERTIFIED BALANCE & LAB SERVICES**<br>**Attn: Richard Hill, owner**<br>**P.O. BOX 28274**<br>**San Jose, CA 95159-8274** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 26 of 66

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.12 **CFS Fire Protection Inc.**<br>**Attn: Officer**<br>**8102 Wachtel Way**<br>**Orangevale, CA 95662** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **CHARLES RIVER Laboratories, Inc.**<br>**Attn: Officer**<br>**GPO BOX 27812**<br>**New York, NY 10087-7812** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Christina Cruz**<br>**ASOP for Technical Safety Services, LLC**<br>**620 Hearst Ave.**<br>**Berkeley, CA 94710** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Chrystal Michelle Lara-Steele**<br>**ASOP for Aqualine Piping, Inc.**<br>**1343 Sevier Ave.**<br>**Menlo Park, CA 94025** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **CNA Insurance Services, Inc.**<br>**Attn: Officer**<br>**26910 Sierral Hwy. D8-275**<br>**Santa Clarita, CA 91321** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Comerica Bank**<br>**Attn: Officer Melinda A Chausse**<br>**1717 Main St. MC 6506**<br>**Dallas, TX 75201** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Corporate Creations Network, Inc.**<br>**ASOP for Comerica Bank (Card Member Ser)**<br>**5901 W. Century Blvd.**<br>**#750**<br>**Los Angeles, CA 90045** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **CORRINE C DUFOUR**<br>**ASOP for Quench**<br>**4041 SOQUEL DR A210**<br>**Soquel, CA 95073** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.20 **CSC - Lawyers Incorporating Service**<br>**ASOP for Charles River Laboratories, Inc**<br>**2710 Gateway Oaks Dr.**<br>**Sacramento, CA 95833** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.21 **CSC - Lawyers Incorporating Service**<br>**ASOP for Iron Mountain**<br>**2710 Gateway Oaks Dr.**<br>**Sacramento, CA 95833** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.22 **CSC - Lawyers Incorporating Service**<br>**ASOP for Kaiser Found. Health Plan, Inc**<br>**2710 Gateway Oaks Dr.**<br>**Sacramento, CA 95833** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.23 **CSC - Lawyers Incorporating Service**<br>**ASOP for PG&E**<br>**2710 Gateway Oaks Dr.**<br>**Sacramento, CA 95833** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 27 of 66

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.24 | CSC - Lawyers Incorporating Service ASOP for Canon Financial Services, Inc. 2710 Gateway Oaks Dr. Sacramento, CA 95833 | Line **3.8** ☐ Not listed. Explain ____ | _ |
| 4.25 | CT Corporation System ASOP for Evoqua Water Technologies LLC 330 N. Brand Blvd. Glendale, CA 91203 | Line **3.27** ☐ Not listed. Explain ____ | _ |
| 4.26 | CT Corporation System ASOP for Johnson Controls Security Solutions LLC 330 N. Brand Blvd. Glendale, CA 91203 | Line **3.36** ☐ Not listed. Explain ____ | _ |
| 4.27 | CT Corporation System ASOP for Metropolitan Life Insurance Co. 330 N. Brand Blvd. Glendale, CA 91203 | Line **3.42** ☐ Not listed. Explain ____ | _ |
| 4.28 | CT Corporation System ASOP for Stericycle, Inc. 330 N. Brand Blvd. Glendale, CA 91203 | Line **3.58** ☐ Not listed. Explain ____ | _ |
| 4.29 | CT Corporation System ASOP for Steris Corporation 330 N. Brand Blvd. Glendale, CA 91203 | Line **3.59** ☐ Not listed. Explain ____ | _ |
| 4.30 | Cynthia Pearman ASOP for R.N. Pearman Landscape Management, Inc. 9925 Lantz Dr. Morgan Hill, CA 95037 | Line **3.50** ☐ Not listed. Explain ____ | _ |
| 4.31 | DAVID DUERR ASOP FOR DUERR HEATING AND AIR, INC. 8380 CHURCH ST. SUITE G GILROY, CA 95020 | Line **3.24** ☐ Not listed. Explain ____ | _ |
| 4.32 | DAVID MCANELL ASOP FOR ELECTRO-MOTION, INC. 4949-B THORNTON AVENUE FREMONT, CA 94536 | Line **3.25** ☐ Not listed. Explain ____ | _ |
| 4.33 | Delaware Business Filings, Inc. ASOP for Techsmart Air Conditioning, Inc 8020 Excelsionr Drive, Ste. 200 Madison, WI 53717 | Line **3.64** ☐ Not listed. Explain ____ | _ |
| 4.34 | Envigo RMS, Inc Attn: Officer 3565 Paysphere Circle Chicago, IL 60674 | Line **3.26** ☐ Not listed. Explain ____ | _ |

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 28 of 66

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**4.35**
**EVOQUA WATER TECHNOLOGIES**
Attn: Legal Dept.
210 Sixth Avenue, Ste. 3300
Pittsburgh, PA 15222

Line **3.27**

☐ Not listed. Explain ____

_

---

**4.36**
**GREEN TEAM OF SAN JOSE**
Attn: Officer/Manager
1333 Oakland Rd.
San Jose, CA 95112

Line **3.32**

☐ Not listed. Explain ____

_

---

**4.37**
Hicks Pension Services
Attn: Kathy Hicks
3459 W. SHAW AVENUE
Fresno, CA 93711

Line **3.33**

☐ Not listed. Explain ____

_

---

**4.38**
**HICKS PENSION SERVICES**
Attn: Owner
35670 Linda Drive
Fremont, CA 94536

Line **3.33**

☐ Not listed. Explain ____

_

---

**4.39**
Hicks Pension Services
Attn: David Hicks
555 Chorro Street
Ste. C
San Luis Obispo, CA 93405

Line **3.33**

☐ Not listed. Explain ____

_

---

**4.40**
Incorp Services, Inc.
ASOP for Stronghold Engineering, Inc.
5716 Corsa Ave.
Ste. 110
Westlake Village, CA 91362

Line **3.61**

☐ Not listed. Explain ____

_

---

**4.41**
Incorporating Services, Ltd.
ASOP for Au Terre, Inc.
7801 Folsom Blvd. #202
Sacramento, CA 95826

Line **3.4**

☐ Not listed. Explain ____

_

---

**4.42**
Iron Mountain Secure Shredding, Inc.
Attn: Officer
85 New Hampshire Ave.
Ste 150
Portsmouth, NH 03801

Line **3.35**

☐ Not listed. Explain ____

_

---

**4.43**
**JANE MCKINNA**
ASOP FOR CONSOLIDATED PLUMBING INC
3732-D CHARTER PARK DRIVE
San Jose, CA 95136

Line **3.17**

☐ Not listed. Explain ____

_

---

**4.44**
**JOHNSON CONTROLS SECURITY SOLUTIONS**
Attn: Officer or Manager
PO BOX 371967
Pittsburgh, PA 15250-7967

Line **3.36**

☐ Not listed. Explain ____

_

---

**4.45**
Kaiser Foundation Health Plan, Inc.
Attn: Officer Kathryn Lancaster
One Kaiser Plaza
Oakland, CA 94612

Line **3.38**

☐ Not listed. Explain ____

_

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.46 | **Kip Carlton Hudson**<br>**ASOP for Pacific Engineering &**<br>**Consulting, Inc.**<br>**7473 N. Ingram, Ste 102**<br>**Fresno, CA 93711** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 | **Lawrence M Hecker**<br>**ASOP Valley Fever Solutions**<br>**405 W. Franklin St.**<br>**Tucson, AZ 85701** | Line _<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 | **Martin Vargas**<br>**ASOP for Axcelerate Networks, Inc.**<br>**490 N. 1st Street**<br>**San Jose, CA 95112** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Metlife Group, Inc.**<br>**Attn: Officer**<br>**11330 Olive Blvd., 6-B106**<br>**Saint Louis, MO 63141** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Michael Rauschnot**<br>**ASOP for MJR Electric, Inc.**<br>**10521 Korn Lane**<br>**Gilroy, CA 95020** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 | **Mikael Trollsas**<br>**ASOP for Resurge Therapeutics**<br>**5989 Hosta Lane**<br>**San Jose, CA 95124** | Line _<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 | **Nicole Wasylkiw**<br>**ASOP for California Chamber of Commerce**<br>**1215 K Street, Ste. 1400**<br>**Sacramento, CA 95814** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 | **Nvigen, Inc.**<br>**Attn: Officer**<br>**1875 S.Winchester Blvd., Ste. 203**<br>**Campbell, CA 95008** | Line _<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 | **PAUL M. ONORATO**<br>**ASOP FOR STAR ELEVATOR, INC**<br>**601 HARBOR BLVD**<br>**BELMONT, CA 94002** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 | **PAUL SHUMATE**<br>**ASOP FOR PACIFIC WEST SECURITY, INC.**<br>**1587 SCHALLENBERGER ROAD**<br>**SAN JOSE, CA 95131-1000** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 | **Paul W. Shumate**<br>**ASOP for Pacific West Security, Inc.**<br>**19283 Qunn Court**<br>**Morgan Hill, CA 95037** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.57 | **PG&E**<br>**Attn: Officer**<br>**PO Box 997300**<br>**Sacramento, CA 95899-7300** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.58 | **Quench**<br>**Attn: Officer**<br>**POB 735777**<br>**Dallas, TX 75373-5777** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 | **REGISTERED AGENTS INC 3365816**<br>**ASOP for Nor-CalFire Protection**<br>**30 N. Gould, Ste. R**<br>**Ste. R**<br>**Sheridan, WY 82801** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 | **Rory E. Bateman**<br>**ASOP for CFS Fire Protection, Inc.**<br>**8102 WACHTEL WAY**<br>**Orangevale, CA 95662** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.61 | **Stericycle, Inc**<br>**Attn: Officer**<br>**2355Waukegan Rd.**<br>**Bannockburn, IL 60015** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.62 | **STERIS CORPORATION**<br>**Attn: Officer**<br>**PO BOX 644063**<br>**Pittsburgh, PA 15264-4063** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.63 | **Steve Gonzales**<br>**ASOP for TECHNICAL SAFETY SERVICES, LLC**<br>**620 Hearst Ave.**<br>**Berkeley, CA 94710** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.64 | **STEVEN RICHARD REA**<br>**ASOP FOR REACO HEATING & AIR COND. INC**<br>**8475 FOREST ST**<br>**STE 125**<br>**GILROY, CA 95020** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 | **Sunny Nam**<br>**ASOP for Airgas USA, LLC.**<br>**3737 WORSHAM AVE**<br>**Long Beach, CA 90808** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 | **Tchnical Safety Services, LLC**<br>**Attn: Manager**<br>**620 hearst Ave.**<br>**Berkeley, CA 94710** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 | **TECHSMART AIR CONDITIONING, INC.**<br>**Attn: Officer**<br>**365 Woodview Ave., Ste. 700**<br>**Morgan Hill, CA 95037-2840** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 | **Thermo Fisher Scientific**<br>**Attn: Officer**<br>**168 Third Avenue**<br>**Waltham, MA 02451** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.69 | **Thermo Fisher Scientific**<br>**Attn: Officer**<br>**300 Industry Drive**<br>**Pittsburgh, PA 15275** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.70 | **TPx Communications**<br>**Attn: Officer/Manager**<br>**6134 Nancy Ridge Dr.**<br>**San Diego, CA 92121** | Line __3.65__<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 | **UNUM LIFE INSURANCE COMPANY OF AMERICA**<br>**Attn: Officer**<br>**PO BOX 409548**<br>**Atlanta, GA 30384-9548** | Line __3.67__<br><br>☐ Not listed. Explain ____ | _ |
| 4.72 | **Weiwei Gu**<br>**ASOP for Nvigen, Inc.**<br>**3671 Enochs St.**<br>**Santa Clara, CA 95051** | Line _<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 27,649.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 27,649.93 |

Debtor name    **California Institute for Medical Research, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Copier lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Canon Financial Services, Inc.** <br> **14904 Collections Center Drive** <br> **Chicago, IL 60693-0146** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of land CIMR improved with building housing laboratory** <br><br> State the term remaining    **4 yrs** <br><br> List the contract number of any government contract | **County of Santa Clara** <br> **c/oClerk of the Board of Supervisors** <br> **Room 524, County Administration Building** <br> **70 West Hedding Street** <br> **San Jose, CA 95110** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lab Rental** <br><br> State the term remaining    **Terminated** <br><br> List the contract number of any government contract | **Dr. C. Garrison Fathman c/o IL-2Rx** <br> **3475 Edison Way** <br> **Menlo Park, CA 94025** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Storage rental** <br><br> State the term remaining    **Terminated** <br><br> List the contract number of any government contract | **Dr. Dongli Song, MD.** <br> **751 S. Bascom Ave.** <br> **San Jose, CA 95128** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Water Equipment** | |
|---|---|---|---|
| | State the term remaining | | **EVOQUA WATER TECHNOLOGIES** |
| | List the contract number of any government contract | _____ | **28563 NETWORK PLACE** **Chicago, IL 60673-1285** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Rental** | |
|---|---|---|---|
| | State the term remaining | **Terminated** | **Nvigen, Inc.** **Attn: Aihua Fu** |
| | List the contract number of any government contract | _____ | **3671 Enochs Street** **Santa Clara, CA 95051** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Water Equipment** | |
|---|---|---|---|
| | State the term remaining | | **QUENCH** |
| | List the contract number of any government contract | _____ | **4041 SOQUEL DR A210** **Soquel, CA 95073** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Rental** | |
|---|---|---|---|
| | State the term remaining | **Terminated** | **Resurge Therapeutics** **John Stankus** |
| | List the contract number of any government contract | _____ | **5989 Hosta Lane** **San Jose, CA 95124** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Rental** | |
|---|---|---|---|
| | State the term remaining | **Terminated** | **Valley Fever Solutions** **David Larwood** |
| | List the contract number of any government contract | _____ | **175 Brookwood Road** **Redwood City, CA 94062** |

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Attn: BECKY DEGEORGE** | **Canon Financial Services**<br>**2710 GATEWAY OAKS DRIVE**<br>**Sacramento, CA 95833** | **Attn: BECKY DEGEORGE** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Canon Financial Services, Inc.** | **14904 Collections Center Drive**<br>**Chicago, IL 60693-0149** | **Canon Financial Services, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **California Institute for Medical Research, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business <br> ☐ Other _____ | $615,358.00 |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business <br> ☐ Other _____ | $639,157.00 |
| **For the fiscal year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business <br> ☐ Other _____ | $755,039.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 36 of 66

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DIEMER & WEI, LLP<br>55 S. MARKET STREET<br>SUITE 1420<br>San Jose, CA 95113** | | **07/20/2023** | **$6,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 38 of 66

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **403B American Trust** | EIN: **901CN1** |

     Has the plan been terminated?
     ☐ No
     ■ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case: 23-51481    Doc# 1    Filed: 12/19/23    Entered: 12/19/23 10:57:51    Page 39 of 66

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 40 of 66

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **FINANCIAL ADMINISTRATIVE SUPPORT SERVICE**<br>**1631 WILLOW STREET, SUITE 200**<br>**San Jose, CA 95125** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Christine Glusiana**<br>**California Institue for Medical Research**<br>**2260 Clove Drive**<br>**San Jose, CA 95128** | |
| 26c.2.  **Gillian Humphries**<br>**714 Orange Avenue**<br>**Los Altos, CA 94022** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

      ■ None

| Name and address |
|---|

27. **Inventories**

   Have any inventories of the debtor's property been taken within 2 years before filing this case?

      ■ No
      ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David A. Stevens, MD | 19070 Portos Drive<br>Saratoga, CA 95070 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Larwood | 175 Brookwood Road<br>Redwood City, CA 94062 | Director | |

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 41 of 66

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don Prolo | 19841 Glen Una Dr. Saratoga, CA 95070 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gabriele Sass | 2244 Central Park Drive Campbell, CA 95008 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gillian Humphries | 714 Orange Ave. Los Altos, CA 94022 | CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joanne Prolo | 19841 Glen Una Dr. Saratoga, CA 95070 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John P. Sherck, MD | 121 Lansberry Court Los Gatos, CA 95032 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laurence F. Mirels, MD | 765 Burnett Avenue, Apt. 9 San Francisco, CA 94131 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert A. DiBlasi, MD | 38 3rd Street, #206 Los Altos, CA 94022 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

�■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 14, 2023**

**/s/ DAVID A STEVENS, MD**                        **DAVID A STEVENS, MD**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case: 23-51481   Doc# 1   Filed: 12/19/23   Entered: 12/19/23 10:57:51   Page 43 of 66

**United States Bankruptcy Court**
**Northern District of California**

In re   <u>California Institute for Medical Research, Inc.</u>     Case No. _____

                           Debtor(s)            Chapter   **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.       The undersigned is the attorney for the debtor(s) in this case.

2.       The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

| | | |
|---|---|---:|
| a) | For legal services rendered or to be rendered in contemplation of and in connection with this case | $ 7,580.00 |
| b) | Prior to the filing of this statement, debtor(s) have paid | $ 7,580.00 |
| c) | The unpaid balance due and payable is | $ 0.00 |

3.       $ **338.00** of the filing fee in this case has been paid.

4.       The Services rendered or to be rendered include the following:

       a.       Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

       b.       Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

       c.       Representation of the debtor(s) at the meeting of creditors.

5.       The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.       The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.       The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.       The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:  **December 14, 2023**                 Respectfully submitted,

                                            **/s/ Kathryn S. Diemer**

                                            Attorney for Debtor: **Kathryn S. Diemer**
                                            **DIEMER & WEI, LLP**
                                            **55 S. Market Street**
                                            **Suite 1420**
                                            **San Jose, CA 95113**
                                            **408-971-6270  Fax: 408-971-6271**
                                            **kdiemer@diemerwei.com**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**California Institute for Medical Research, Inc.**

_____ Debtor(s).        /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __21__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **December 14, 2023**

                                  **/s/ Kathryn S. Diemer**
                                  _____
                                  Signature of Debtor's Attorney or Pro Per Debtor

CSC - LAWYERS INCORPORATING SERVICE
ASOP for Envigo RMS, Inc.
2710 Gateway Oaks Dr.
Sacramento, CA 95833


Lawyers Incorporating Service
ASOP for Unum Life Insur. Co. of America
2710 Gateway Oaks Dr.
Ste. 150N
Sacramento, CA 95833


Airgas USA, LLC
Attn: Officer
259 Radnor-Chester Road
Ste. 100
Wayne, PA 19087


Airgas USA, LLC.
Attn: Officer
POB 102289
Pasadena, CA 91189-2289


ALBERT LIN
1568 ARDENWOOD DRIVE
San Jose, CA 95129


Amy Chan
ASOP for Financial Admin Support Service
3180 Newberry Drive
Ste. 200
San Jose, CA 95118


ANDREW C WOOD
ASOP FOR DAVCO WATERPROOFING SERVICES
260 CRISTICH LANE
Campbell, CA 95008

Andrew Chang
ASOP for Standard Business Solutions
87 80 Valley Blvd.
Ste. E
Rosemead, CA 91770


AQUALINE PIPING, INC.
Attn: Officer
2108 BERING DR
Ste. C
San Jose, CA 95131


ARLENE BUELA
ASoP for CNA Insurance Services, Inc.
26910 SIERRA HWY. D8-275
Santa Clarita, CA 91321


Attn: BECKY DEGEORGE
Canon Financial Services
2710 GATEWAY OAKS DRIVE
Sacramento, CA 95833


AU TERRE. Inc.
Attn: Officer
2010 El Camino Real
Ste. 868
Santa Clara, CA 95050


AXCELERATE NETWORKS, INC.
Attn. Officer
490 N. FIRST STREET
San Jose, CA 95112


BARBARA RHOMBERG
1025 ALAMEDA DE LAS PULGAS #123
Belmont, CA 94002


Bay Area Green Team
Attn: Officer
1315 Channing Way
Berkeley, CA 94702

CALIFORNIA CHAMBER OF COMMERCE
Attn : Officer
POB 888336
Sacramento, CA 95812-1736


California Chamber of Commerce
Attn: Officer Jennifer Barrera
PO BOX 1736
Sacramento, CA 95812


California Department of Tax
PO Box 942879
Sacramento, CA 94279


California Department of Tax & Fee Admin
Account Information Group, MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Canon Financial Services, Inc.
Attn: Officer
14904 Collections Center Drive
Chicago, IL 60693-0149


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0146


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Carl Bolster
ASOP for Bay Area Geen Team
1315 Channing Way
Berkeley, CA 94702

CERTIFIED BALANCE & LAB SERVICES
Attn.: Officer
P.O. BOX 28274
San Jose, CA 95159-8274


CERTIFIED BALANCE & LAB SERVICES
Attn: Richard Hill, owner
P.O. BOX 28274
San Jose, CA 95159-8274


CFS FIRE PROTECTION
Attn: Officer
POB 638
Roseville, CA 95661


CFS Fire Protection Inc.
Attn: Officer
8102 Wachtel Way
Orangevale, CA 95662


CHARLES RIVER LABORATORIES, INC.
Attn: Officer
251 Ballardvale Street
Wilmington, MA 01887


CHARLES RIVER Laboratories, Inc.
Attn: Officer
GPO BOX 27812
New York, NY 10087-7812


CHRIS ELLIOTT
165 TOWN SQUARE DRIVE
Mountain View, CA 94043


Christina Cruz
ASOP for Technical Safety Services, LLC
620 Hearst Ave.
Berkeley, CA 94710

Christine Giusiana
9462 Eagle Hills Way
Gilroy, CA 95020


Chrystal Michelle Lara-Steele
ASOP for Aqualine Piping, Inc.
1343 Sevier Ave.
Menlo Park, CA 94025


City of San Jose - Fire Department
Bureau of Fire Prevention Dept 34347
Attn: Officer
200 E. Santa Clara St.
San Jose, CA 95113


CNA INSURANCE SERVICES, INC.
Attn: Officer
PO BOX 74007619
Chicago, IL 60674-7619


CNA Insurance Services, Inc.
Attn: Officer
26910 Sierral Hwy. D8-275
Santa Clarita, CA 91321


Comerica Bank
COMERICA CARDMEMBER SERVICE
Attn: Officer
POB 79048
Saint Louis, MO 63179-0408


Comerica Bank
Attn: Officer Melinda A Chausse
1717 Main St. MC 6506
Dallas, TX 75201


CONSOLIDATED PLUMBING INC
Attn: Jane McKInna
3732 D CHARTER PARK DRIVE
San Jose, CA 95136

Corporate Creations Network, Inc.
ASOP for Comerica Bank (Card Member Ser)
5901 W. Century Blvd.
#750
Los Angeles, CA 90045


CORRINE C DUFOUR
ASOP for Quench
4041 SOQUEL DR A210
Soquel, CA 95073


COUNTY OF SANTA CLARA
 ENVIROMENTAL HEALTH DEPARTMENT
1555 BERGER DRIVE SUITE 300
San Jose, CA 95112


County of Santa Clara
c/oClerk of the Board of Supervisors
Room 524, County Administration Building
70 West Hedding Street
San Jose, CA 95110


COUNTY OF SANTA CLARA DEPT. OF TAX
70 WEST HEDDING STREET
EAST WING, 6TH FLOOR
San Jose, CA 95110-1767


CSC - Lawyers Incorporating Service
ASOP for Charles River Laboratories, Inc
2710 Gateway Oaks Dr.
Sacramento, CA 95833


CSC - Lawyers Incorporating Service
ASOP for Iron Mountain
2710 Gateway Oaks Dr.
Sacramento, CA 95833


CSC - Lawyers Incorporating Service
ASOP for Kaiser Found. Health Plan, Inc
2710 Gateway Oaks Dr.
Sacramento, CA 95833

CSC - Lawyers Incorporating Service
ASOP for PG&E
2710 Gateway Oaks Dr.
Sacramento, CA 95833


CSC - Lawyers Incorporating Service
ASOP for Canon Financial Services, Inc.
2710 Gateway Oaks Dr.
Sacramento, CA 95833


CT Corporation System
ASOP for Evoqua Water Technologies LLC
330 N. Brand Blvd.
Glendale, CA 91203


CT Corporation System
ASOP for Johnson Controls Security
Solutions LLC
330 N. Brand Blvd.
Glendale, CA 91203


CT Corporation System
ASOP for Metropolitan Life Insurance Co.
330 N. Brand Blvd.
Glendale, CA 91203


CT Corporation System
ASOP for Stericycle, Inc.
330 N. Brand Blvd.
Glendale, CA 91203


CT Corporation System
ASOP for Steris Corporation
330 N. Brand Blvd.
Glendale, CA 91203


Cynthia Pearman
ASOP for R.N. Pearman Landscape
Management, Inc.
9925 Lantz Dr.
Morgan Hill, CA 95037

```
DAVCO WATERPROOFING SERVICES, INC.
Attn: Officer
260 CRISTICH LANE
STE B
Campbell, CA 95008


DAVID DUERR
ASOP FOR DUERR HEATING AND AIR, INC.
8380 CHURCH ST.
SUITE G
GILROY, CA 95020


DAVID MCANELL
ASOP FOR ELECTRO-MOTION, INC.
4949-B THORNTON AVENUE
FREMONT, CA 94536


Delaware Business Filings, Inc.
ASOP for Techsmart Air Conditioning, Inc
8020 Excelsionr Drive, Ste. 200
Madison, WI 53717


DEPARTMENT OF INDUSTRIAL RELATIONS
PAYMENT PROCESSING CENTER
PO BOX 511232
Los Angeles, CA 90051-3030


Dr. C. Garrison Fathman c/o IL-2Rx
CIMR
2260 Clove Drive
San Jose, CA 95128


Dr. C. Garrison Fathman c/o IL-2Rx
3475 Edison Way
Menlo Park, CA 94025


Dr. Dongli Song
c/o Santa Clara Valley Medical Center
751 S. Bascom Ave.
San Jose, CA 95128
```

Dr. Dongli Song, MD.
751 S. Bascom Ave.
San Jose, CA 95128


DUERR HEATING AND AIR, INC.
ATTN: OFFICER
8380 CHURCH ST.
SUITE G
GILROY, CA 95020


ELECTRO-MOTION, INC.
ATTN: OFFICER
4949-B THORNTON AVENUE
FREMONT, CA 94536


Employment Development Department
State of California
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280


Employment Development Department
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Employment Development Department
Attn: Mic 53
800 Capitol Mall
Sacramento, CA 95814


Envigo RMS, Inc
Attn: Officer
8520 Allison Pointe Blvd.
Ste. 400
Indianapolis, IN 46250


Envigo RMS, Inc
Attn: Officer
3565 Paysphere Circle
Chicago, IL 60674

EVOQUA WATER TECHNOLOGIES
Attn: Officer
28563 Network Place.
Chicago, IL 60673-1285


EVOQUA WATER TECHNOLOGIES
Attn: Legal Dept.
210 Sixth Avenue, Ste. 3300
Pittsburgh, PA 15222


EVOQUA WATER TECHNOLOGIES
28563 NETWORK PLACE
Chicago, IL 60673-1285


FINANCIAL ADMINISTRATIVE SUPPORT SERVICE
ATTN: Ashley Cobb
1631 WILLOW STREET
SUITE 200
SAN JOSE, CA 95125


FIRST INSURANCE FUNDING
ATTN: OFFICER
450 SKOKIE BLVD
STE 1000
Northbrook, IL 60062


Fisher Scientific
Attn: Officer
13551 Collections Ctr. Dr.
Chicago, IL 60693


Gabriele Sass
2244 Central Park Drive
Campbell, CA 95008


GREEN TEAM OF SAN JOSE
Attn: Manager or Officer
POB 7428
Pasadena, CA 91109

GREEN TEAM OF SAN JOSE
Attn: Officer/Manager
1333 Oakland Rd.
San Jose, CA 95112


HICKS PENSION SERVICES
Attn: Officer or Manager
3459 W. SHAW AVENUE
Fresno, CA 93711


Hicks Pension Services
Attn: Kathy Hicks
3459 W. SHAW AVENUE
Fresno, CA 93711


Hicks Pension Services
Attn: David Hicks
555 Chorro Street
Ste. C
San Luis Obispo, CA 93405


HICKS PENSION SERVICES
Attn: Owner
35670 Linda Drive
Fremont, CA 94536


HYPERLINKED WEB SERVICES
Attn: Sheldon Chang
1083 HAZEL AVE.
Campbell, CA 95008


Incorp Services, Inc.
ASOP for Stronghold Engineering, Inc.
5716 Corsa Ave.
Ste. 110
Westlake Village, CA 91362


Incorporating Services, Ltd.
ASOP for Au Terre, Inc.
7801 Folsom Blvd. #202
Sacramento, CA 95826

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain Secure Shredding, Inc.
Attn: Officer
85 New Hampshire Ave.
Ste. 150
Portsmouth, NH 03801


Iron Mountain Secure Shredding, Inc.
Attn: Officer
85 New Hampshire Ave.
Ste 150
Portsmouth, NH 03801


JANE MCKINNA
ASOP FOR CONSOLIDATED PLUMBING INC
3732-D CHARTER PARK DRIVE
San Jose, CA 95136


JOHNSON CONTROLS SECURITY SOLUTIONS
Attn: Officer Heather Brown
6600 Congress Avenue
Boca Raton, FL 33400


JOHNSON CONTROLS SECURITY SOLUTIONS
Attn: Officer or Manager
PO BOX 371967
Pittsburgh, PA 15250-7967


Julie Stevens
19070 Portos Drive
Saratoga, CA 95070


KAISER FOUNDATION HEALTH PLAN, INC.
Attn: Officer
PO BOX 741562
Los Angeles, CA 90074-1562

Kaiser Foundation Health Plan, Inc.
Attn: Officer Kathyrn Lancaster
One Kaiser Plaza
Oakland, CA 94612


Kip Carlton Hudson
ASOP for Pacific Engineering &
 Consulting, Inc.
7473 N. Ingram, Ste 102
Fresno, CA 93711


Labula L. Crittle
3422 Joann Avenue
San Jose, CA 95127


Lawrence M Hecker
ASOP Valley Fever Solutions
405 W. Franklin St.
Tucson, AZ 85701


LUCILA RONIDISSONE
16220 GREENWOOD LANE
Monte Sereno, CA 95030


Marife C. Martinez
256 Russo Commons
San Jose, CA 95129


Martin Vargas
ASOP for Axcelerate Networks, Inc.
490 N. 1st Street
San Jose, CA 95112


Metlife Group, Inc.
Attn: Officer
11330 Olive Blvd., 6-B106
Saint Louis, MO 63141

Metropolitan Life Insurance Company
Attn: Officer
PO Box 804466
Kansas City, MO 64180-4466


Michael Rauschnot
ASOP for MJR Electric, Inc.
10521 Korn Lane
Gilroy, CA 95020


MIGUEL BERNAL
3211 GOLF DRIVE
San Jose, CA 95127


Mikael Trollsas
ASOP for Resurge Therapeutics
5989 Hosta Lane
San Jose, CA 95124


MJR ELECTRIC INC
Attn: Michael John Rauschnot
PO BOX 668
Morgan Hill, CA 95038


Nicole Wasylkiw
ASOP for California Chamber of Commerce
1215 K Street, Ste. 1400
Sacramento, CA 95814


NOR-CAL FIRE PROTECTION LLC
Attn: Officer
16840 Joleen Way, Bldg. A
Morgan Hill, CA 95037


NVIGEN, INC.
Attn: Officer
3671 ENOCHS STREET
Santa Clara, CA 95051

Nvigen, Inc.
Attn: Officer
1875 S.Winchester Blvd., Ste. 203
Campbell, CA 95008


Nvigen, Inc.
Attn: Aihua Fu
3671 Enochs Street
Santa Clara, CA 95051


PACIFIC ENGINEERING & CONSULTING
Attn: Officer
1788 N HELM AVE SUITE 112
Fresno, CA 93727


PACIFIC WEST SECURITY, INC.
Attn: Officer
1587 SCHALLENBERGER RD
San Jose, CA 95131-1000


PAUL M. ONORATO
ASOP FOR STAR ELEVATOR, INC
601 HARBOR BLVD
BELMONT, CA 94002


PAUL SHUMATE
ASOP FOR PACIFIC WEST SECURITY, INC.
1587 SCHALLENBERGER ROAD
SAN JOSE, CA 95131-1000


Paul W. Shumate
ASOP for Pacific West Security, Inc.
19283 Qunn Court
Morgan Hill, CA 95037


PG&E
Attn: Officer
300 Lakeside Dr.
Oakland, CA 94612

PG&E
Attn: Officer
PO Box 997300
Sacramento, CA 95899-7300


QUENCH
Attn: Officer
4041 SOQUEL DR A210
Soquel, CA 95073


Quench
Attn: Officer
POB 735777
Dallas, TX 75373-5777


QUENCH
4041 SOQUEL DR A210
Soquel, CA 95073


R.N. PEARMAN LANDSCAPE MANAGEMENT, INC.
ATTN: OFFICER
9925 LANTZ DR
Morgan Hill, CA 95037


REACO HEATING & AIR CONDITIONING, INC.
ATTN: OFFICER
8475 FOREST STREET
STE. 125
GILROY, CA 95020


REGISTERED AGENTS INC 3365816
ASOP for Nor-CalFire Protection
30 N. Gould, Ste. R
Ste. R
Sheridan, WY 82801


Resurge Therapeutics
Attn: Officer
5989 Hosta Lane
San Jose, CA 95124

Resurge Therapeutics
John Stankus
5989 Hosta Lane
San Jose, CA 95124


Rory E. Bateman
ASOP for CFS Fire Protection, Inc.
8102 WACHTEL WAY
Orangevale, CA 95662


Rosemary Broome, DVM
407 Skyline Blvd.
La Honda, CA 94020


SAN JOSE FIRE DEPARTMENT
BUREAU OF FIRE PREVENTION DEPT #34347
PO BOX 39000
San Francisco, CA 94139


SCHWENK LOCK & SAFE CO.
Attn: Officer/Owner
60 N. WINCHESTER BLVD #4
Santa Clara, CA 95050


Sonitrol/Pacific West Security, Inc
Attn: Officer
1587 Schallenberger Road
San Jose, CA 95131


STANDARD BUSINESS SOLUTIONS
Attn: Officer/Owner
POBox 28705
San Jose, CA 95159-8705


STAR ELEVATOR, INC
Attn: Officer
601 HARBOR BLVD
Belmont, CA 94002

Stephen McKenna
751 South Bascom Avenue
San Jose, CA 95128


Stericycle, Inc
Attn: Officer
2355Waukegan Rd.
Bannockburn, IL 60015


STERICYCLE, INC.
ATTN: OFFICER
PO Box 6578
Carol Stream, IL 60197-6578


STERIS CORPORATION
ATTN: OFFICER
5960 HEISLEY ROAD
Mentor, OH 44060


STERIS CORPORATION
Attn: Officer
PO BOX 644063
Pittsburgh, PA 15264-4063


Steve Gonzales
ASOP for TECHNICAL SAFETY SERVICES, LLC
620 Hearst Ave.
Berkeley, CA 94710


STEVEN RICHARD REA
ASOP FOR REACO HEATING & AIR COND. INC
8475 FOREST ST
STE 125
GILROY, CA 95020


STOREK, CARLSON & STRUTZ LLP
Attn: Manager
900 EAST HAMILTON AVE  SUITE 450
Campbell, CA 95008

STRONGHOLD ENGINEERING
Attn: Officer
150 W WALNUT AVE
Perris, CA 92571


Sunny Nam
ASOP for Airgas USA, LLC.
3737 WORSHAM AVE
Long Beach, CA 90808


Susan Foley
195 Blosson Hill Road, Unit 149
San Jose, CA 95123


Tchnical Safety Services, LLC
Attn: Manager
620 hearst Ave.
Berkeley, CA 94710


TECHNICAL SAFETY SERVICES, LLC
Attn: Officer/Manager
Dept. CH 17717
Palatine, IL 60055-7717


TECHSMART AIR CONDITIONING, INC.
Attn: Officer
305 Vineyard Town Ctr. # 301
Morgan Hill, CA 95037-2840


TECHSMART AIR CONDITIONING, INC.
Attn: Officer
365 Woodview Ave., Ste. 700
Morgan Hill, CA 95037-2840


Thermo Fisher Scientific
Attn: Officer
168 Third Avenue
Waltham, MA 02451

Thermo Fisher Scientific
Attn: Officer
300 Industry Drive
Pittsburgh, PA 15275


TPx Communications
Attn: Officer/Manager
PO Box 509013
San Diego, CA 92150-9013


TPx Communications
Attn: Officer/Manager
6134 Nancy Ridge Dr.
San Diego, CA 92121


TRAVELERS
Attn: Officer
CL REMITTANCE CENTER
PO BOX 660317
Dallas, TX 75266-0317


UNUM LIFE INSURANCE COMPANY OF AMERICA
Attn: Officer
1 Fountain Square, E7N200
Chattanooga, TN 37402


UNUM LIFE INSURANCE COMPANY OF AMERICA
Attn: Officer
PO BOX 409548
Atlanta, GA 30384-9548


Valley Fever Solutions
Attn: Officer
1830 E. Broadway Blvd. #124-182
Tucson, AZ 85719


Valley Fever Solutions
David Larwood
175 Brookwood Road
Redwood City, CA 94062

```
VAN DER VEEN CONSTRUCTION
Attn: Owner/Manager
85 ACORN COURT
Morgan Hill, CA 95037


Weiwei Gu
ASOP for Nvigen, Inc.
3671 Enochs St.
Santa Clara, CA 95051


WESTERN EXTERMINATOR COMPANY
Attn: Officer/Manager
PO BOX 740608
Cincinnati, OH 45274


WOODRUFF SAWYER CO.
Attn: Owner/Officer
PO BOX 45057
San Francisco, CA 94145-9950
```